THE STATE v. CHAIN, *Appellant.*

Division Two, May 21, 1895.

Appellate Practice: BILL OF EXCEPTIONS: EXTENSION OF TIME. The trial court can not, in vacation, extend the time for filing a bill of exceptions after the expiration of the time originally granted had expired, and a bill filed after such extension of time will be disregarded on appeal.

*Appeal from Greene Criminal Court.—*HON. J. J. GIDEON, Judge.

AFFIRMED.

*W. G. Robertson* and *Cloud & Davis* for appellant.

*R. F. Walker*, Attorney General, and *Morton Jourdan*, Assistant Attorney General, for the state.

The bill of exceptions in this case can not be considered, for the reason that it was not filed within the time allowed by the court, but some five days after that time had expired.

SHERWOOD, J.—Two years in the penitentiary, was the term allotted to William Chain for an assault with intent to ravish made on one Amelia A. Crawford in Lawrence county, from which county, by change of venue, the cause went to the county of Greene.

The sixty days granted by the order of the court on August 1, 1894, in which defendant could file his bill of exceptions, expired September 30, 1894, consequently, an order made October 5, of that year, by the judge in vacation, extending the time to November 1, next thereafter, was null. For this reason, no other error appearing, judgment is affirmed. All concur.